**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6669**

---

DAVID M. SIMMS,

Plaintiff - Appellant,

versus

JOHN B. TAYLOR; ROBERT B. BOND, Psychologist;
LARRY HUFFMAN; MEDICAL DEPARTMENT, Buckingham
Correctional Center; SECURITY STAFF AT BUCK-
INGHAM CORRECTIONAL CENTER; CAPTAIN BOOKER;
LIEUTENANT SMITH; HENRY PONTON; R. KELLY;
UNKNOWN NURSES AND DOCTORS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-95-259-R)

---

Submitted: September 20, 1996      Decided: October 1, 1996

---

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David M. Simms, Appellant Pro Se. Mary Elizabeth Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Powell Murry Leitch, III, FLIPPIN, DENSMORE, MORSE, RUTHERFORD & JESSEE, Roanoke, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Simms v. Taylor</u>, No. CA-95-259-R (W.D. Va. Apr. 17, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>